United States District Court

For the Northern District of California

1

2

3

4

5

6          IN THE UNITED STATES DISTRICT COURT

7

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   TWENTY-TWO STRATEGIC INVESTMENT          No. C 05-03887 WHA
     FUNDS [IDENTIFIED IN EXHIBIT A]; and
11   PRESIDIO RESOURCES LLC (A Partner Other
     Than the Tax Matters Partner),
12                                                        **ORDER OF REFERRAL**

13              Petitioners,

14        v.

15   UNITED STATES OF AMERICA,

16              Respondent.
     _____/
17

18        Upon review, this action appears to concern the same parties, transactions and events as

19   *Twenty Two Strategic Investment Funds and Presidio Growth LLC v. United States of America*,

20   Case No. C 05-2835 VRW, which is itself related to *Shasta Strategic Investment Fund LLC v.*

21   *United States of America*, Case No. C 04-4264 VRW.  Pursuant to Civil Local Rule 3-12(c), the

22   Court refers this matter to Chief Judge Vaughn Walker for the purpose of determining whether

23   it is related to those two cases as defined in Civil Local Rule 3-12(a).

24

25        **IT IS SO ORDERED.**

26

27   Dated:  September 29, 2005                    _____
                                                   WILLIAM ALSUP
28                                                 UNITED STATES DISTRICT JUDGE