1  MARTIN A. SCHAINBAUM (CSB # 37257)
   BRYANT W.H. SMITH (CSB #250035)
2  ANDREW D. ALLEN (CSB #269502)
   MARTIN A. SCHAINBAUM, PLC
3  351 California Street, Suite 800
   San Francisco, CA 94104
4  Telephone:    (415) 777-1040
   Fax:          (415) 981-1065
5  Email:        schainbm@taxwarrior.com

6  Attorneys for Birch Ventures, LLC
   and Voltaire, LLC

7

8

9                UNITED STATES DISTRICT COURT

10             FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                   SAN FRANCISCO DIVISION

12

13  SHASTA STRATEGIC INVESTMENT          )  Case No.:  C-04-4264-JW
    FUNDS, LLC; AND PRESIDIO GROWTH,     )
14  LLC (Tax Matters Partner),           )  Related to Case Nos. C-04-4309-JW, C-04-
                                         )  4310-JW, C-04-4398-JW, C-04-4399-JW, C-
15              Petitioners,             )  04-4964-JW, C-05-1123-JW, C-05-02835-JW,
                                         )  and C-05-3887-JW
16         vs.                           )
                                         )  **STIPULATION AND PROPOSED ORDER**
17                                       )  **EXTENDING DEADLINES**
    UNITED STATES OF AMERICA             )
18                                       )
                Respondent.              )
19                                       )
                                         )
20                                       )
                                         )
21  _____ )

22         Pursuant to Civil Local Rule 6-2, Intervenors David Soward and Voltaire, LLC, and Tom

23  Gonzales and Birch Ventures, LLC, request an extension of deadlines contained in the Court's

24

25  September 28, 2011 Order Extending Deadlines (Dkt. No. 130). Respondent and Petitioners have

26  no objection to Intervenors' request for an extension of deadlines. In support of this request

27  Intervenors submit the following:

28

Stipulation and Proposed Order
(No. C-04-4264-JW)

1.     Intervenors request a three month extension to allow sufficient time to review discovery recently produced by Respondent on January 31, 2012, February 14, 2012, and February 24, 2012, and to allow for counsel to adequately prepare for the trial of this complicated, complex tax case.

2.     The Court's September 28, 2011 Order established the following deadlines and court dates:

| | |
|---|---|
| Disclosure of Expert Witnesses (63 days prior to close of discovery) | March 12, 2012 |
| Disclosure of Rebuttal Experts (49 days prior to close of discovery) | March 26, 2012 |
| Preliminary Pretrial Conference Statements (10 days before Preliminary Pretrial Conference) | April 6, 2012 |
| Preliminary Pretrial Conference) (app. 30 days before the close of discovery) | April 16, 2012 |
| Last Date for Hearing Motions to Exclude Expert Testimony (42 days after both expert and rebuttal expert disclosures on a Monday) | May 7, 2012 |
| Close of All Discovery | May 14, 2012 |
| Last Date for Hearing Dispositive Motions (appr. 60 days after close of discovery) | July 9, 2012 |

3.     Martin A. Schainbaum, A Professional Law Corporation, represents Intervenors David Soward and Voltaire, LLC, and Tom Gonzales and Birch Ventures, LLC, in this complex, complicated civil tax case. See attached Declaration of Martin A. Schainbaum, at ¶ 1.

4.     On or about January 31, 2012, the aforementioned law corporation received voluminous discovery from W. Carl Hankla, Trial Attorney, Tax Division, contained in an electronic thumb drive. This discovery in its electronic status was hand-delivered by Internal Revenue Service ("IRS") Supervisory Agent, Robert Gee, and consisted of thousands of pages and images contained in one thumb drive. See attached Declaration of Martin A. Schainbaum, at ¶ 2.

5.      On or about February 14, 2012, the aforementioned law corporation received supplemental voluminous discovery in the form of one CD from Adair F. Boroughs, Trial Attorney, Tax Division, Washington, D.C. This discovery consisted of approximately 2500 images and approximately 718 pages. See attached Declaration of Martin A. Schainbaum, at ¶ 3.

6.      On or about February 27, 2012, the aforementioned law corporation received supplemental voluminous discovery in the form of two DVD's from Adair F. Boroughs, Trial Attorney, Tax Division, Washington, D.C. See attached Declaration of Martin A. Schainbaum, at ¶ 4.

7.      Intervenors, Birch Ventures, LLC, Tom Gonzales, and Voltaire, LLC, request that the deadlines and Court dates contained in the Court's September 28, 2011 Order be extended by approximately three months, resulting in the following schedule[1]:

| | |
|---|---|
| Disclosure of Expert Witnesses (63 days prior to close of discovery) | June 11, 2012 |
| Disclosure of Rebuttal Experts (49 days prior to close of discovery) | June 25, 2012 |
| Preliminary Pretrial Conference Statements (10 days before Preliminary Pretrial Conference) | July 6, 2012 |
| Preliminary Pretrial Conference (app. 30 days before the close of discovery) | July 16, 2012 |
| Last Date for Hearing Motions to Exclude Expert Testimony (42 days after both expert and rebuttal expert disclosures on a Monday) | August 6, 2012 |
| Close of All Discovery | August 13, 2012 |
| Last Date for Hearing Dispositive Motions (appr. 60 days after close of discovery) | October 9, 2012 |

**Previous Time Modifications**

8.      This Court previously granted stipulated requests to extend time to file answers in some

---

[1] All dates have been moved forward 91 days from the Court's September 28, 2011 Order, with the exception of the October 9, 2012 date for the Last Date for Hearing Dispositive Motions. Since October 8, 2012 is Columbus Day, a federal holiday, the date is moved forward one additional day to October 9, 2012.

Stipulation and Proposed Order
(No. C-04-4264-JW)

of these related cases. *Shasta Strategic Investment Fund, LLC, v. United States*, Case No. 04-4264 (N.D. Cal.), Dkt. Nos. 13, 18; *Belford Strategic Investment Fund, LLC v. United States*, Case No. 04-4309 (N.D. Cal.), Dkt. Nos. 8, 11; *Princeton Strategic Investment Fund, LLC v. United States*, Case No. 04-4310 (N.D. Cal.), Dkt. Nos. 11, 15; *Sanford Strategic Investment Fund, LLC v. United States*, 04-4398 (N.D. Cal.), Dkt. Nos. 9, 12; *Olympus Strategic Investment Fund, LLC, v. United States*, Case No. 04-4399 (N.D. Cal.), Dkt. Nos. 9, 13; *Sill Strategic Investment Fund, LLC v. United States*, Case No. 04-4964 (N.D. Cal.), Dkt. Nos. 10, 13.

9. This Court previously granted Petitioners' Motion to Shorten Time to Hear Motion to Compel 30(b)(6) Deposition. Dkt. No. 48.

10. This Court granted Respondent's motion to stay these related cases on November 7, 2005, due to parallel criminal proceedings. Dkt. No. 95. This Court granted a subsequent motion to stay these related cases on October 2, 2006. Dkt. No. 103. This Court lifted the stay on June 9, 2011. Dkt. No. 124.

11. This Court previously granted a stipulated request to enlarge time for briefing in response to Respondent's Motion for Summary Judgment in Princeton Strategic Investment Fund, LLC v. United States, Case No. 04-4310 (N.D. Cal.), Dkt. No. 37.

12. This Court previously granted Respondent's Stipulation and Proposed Order on September 28, 2011. Dkt. No. 130.

**Effect on the Schedule for the Case**

13. The requested extension would extend all deadlines in the case by approximately three months.

//

//

//

NOW, THEREFORE, IT IS AGREED AND STIPULATED by the parties, subject to an order of the Court that the deadlines and Court dates contained in the Court's September 28, 2011 Order be extended by approximately three months, resulting in the following schedule[2]:

| | |
|---|---|
| Disclosure of Expert Witnesses (63 days prior to close of discovery) | June 11, 2012 |
| Disclosure of Rebuttal Experts (49 days prior to close of discovery) | June 25, 2012 |
| Preliminary Pretrial Conference Statements (10 days before Preliminary Pretrial Conference) | ~~July 6, 2012~~ June 29, 2012 |
| Preliminary Pretrial Conference) (app. 30 days before the close of discovery) | ~~July 16, 2012~~ July 9, 2012 |
| Last Date for Hearing Motions to Exclude Expert Testimony (42 days after both expert and rebuttal expert disclosures on a Monday) | August 6, 2012 |
| Close of All Discovery | August 13, 2012 |
| Last Date for Hearing Dispositive Motions (appr. 60 days after close of discovery) | ~~October 9, 2012~~ October 15, 2012 |

Dated: March 8, 2012

Respectfully Submitted,

/s/ Margaret A. Tough
MARGARET A. TOUGH
Latham & Watkins
Attorney for Petitioners

/s/ Adair F. Boroughs
ADAIR F. BOROUGHS
Trial Attorney
Tax Division, Department of Justice
Attorney for Respondent

/s/ William E. Taggart, Jr.
WILLIAM E. TAGGART, JR.
Attorney for Intervenors
Adkison, McNair, and Salmon Ventures

/s/ Martin A. Schainbaum
MARTIN A. SCHAINBAUM
Attorney for Intervenors
Soward/Voltaire and Gonzales/Birch

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: March 12, 2012

James Ware
United States District Judge

---

[2] All dates have been moved forward 91 days from the Court's September 28, 2011 Order, with the exception of the October 9, 2012 date for the Last Date for Hearing Dispositive Motions. Since October 8, 2012 is Columbus Day, a federal holiday, the date is moved forward one additional day to October 9, 2012.

Stipulation and Proposed Order
(No. C-04-4264-JW)

**CERTIFICATE OF SERVICE**

    IT IS HEREBY CERTIFIED that service of the foregoing STIPULATION AND PROPOSED ORDER EXTENDING DEADLINES, along with the attached Declaration of Martin A. Schainbaum, has been made this 8th day of March 2012, upon the following by ECF:

David A. York
Latham & Watkins
David.York@lw.com

Steven Bauer
Latham & Watkins
Steve.Bauer@lw.com

Margaret Tough
Latham & Watkins
Margaret.Tough@lw.com

Attorneys for Petitioners

Adair F. Boroughs
Trial Attorney
Tax Division, Department of Justice
Adair.F.Boroughs@usdoj.gov

Stuart D. Gibson
Senior Litigation Counsel
Tax Division, Department of Justice
Stuart.D.Gibson@usdoj.gov

Attorneys for Respondent

William E. Taggart, Jr.
Taggart & Hawkins
wetaggart@tagghawk.com

Attorney for Intervenors R. Cary McNair, Kathryn N. McNair, Peter Adkison, and Salmon Ventures, LLC

Joseph Depew
Sutherland Asbill & Brennan, LLP
joe.depew@sutherland.com

N. Jerold Cohen
Sutherland Asbill & Brennan, LLP
jerry.cohen@sutherland.com

Attorneys for Intervenor Salmon Ventures, LLC

Stipulation and Proposed Order
(No. C-04-4264-JW)

- 6 -

And upon the following by E-Mail:

Thomas E. Redding
Redding & Associates, PC
gniddermot@hotmail.com

Attorney for Intervenors R. Cary McNair and Kathryn McNair

John M. Colvin
Chicoine & Hallett PS
jcolvin@c-hlaw.com

Attorney for Intervenor Peter Adkison

/s/ Andrew D. Allen
ANDREW D. ALLEN, Esq.
Martin A. Schainbaum, APLC

Stipulation and Proposed Order
(No. C-04-4264-JW)

- 7 -