**IT IS SO ORDERED**
/s/ James Ware
Judge James Ware

JOHN A. DICICCO
Deputy Assistant Attorney General

STUART D. GIBSON (MnSBN 34587)
Senior Litigation Counsel
Stuart.D.Gibson@usdoj.gov
ADAIR F. BOROUGHS (TnSBN 026210)
Trial Attorney
Adair.F.Boroughs@usdoj.gov
Tax Division, U.S. Department of Justice
P.O. Box 403
Washington, DC 20044
Tel: (202) 307-6586 (Mr. Gibson)
      (202) 305-7546 (Ms. Boroughs)
Fax: (202) 307-2504
*Attorneys for United States of America*

MELINDA L. HAAG (CaSBN 132612)
United States Attorney
Northern District of California
*Of Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHASTA STRATEGIC INVESTMENT FUND, LLC; AND PRESIDIO GROWTH LLC (Tax Matters Partner),<br><br>Petitioners,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Case No. C-04-4264-JW<br>Related to Case Nos. C-04-4309-JW, C-04-4398-JW, C-04-4399-JW, C-04-4964-JW, C-05-1123-JW, C-05-2835-JW, and C-05-3887-JW<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER VACATING DEADLINES RELATING TO PRELIMINARY PRETRIAL CONFERENCE** |

Pursuant to Local Rule 6-2, the undersigned parties to these related actions hereby stipulate and request that the Court remove from the calendar the filing of Preliminary Pretrial Conference

Statements, set for June 29, 2012, and the Preliminary Pretrial Conference, set for July 9, 2012.  In support of this request, the parties submit the following:

1. According to the Order entered July 6, 2011, the parties must confer with one another, and file and lodge by the deadline a Preliminary Pretrial and Trial Setting Conference Statement stating their readiness for trial, the amount of time which the Court should allocate for trial and the calendar period for the trial.  Among other things, the purpose of the Preliminary Pretrial and Trial Setting Conference is to set a time for trial, and establish time parameters for the parties' presentations at trial.

2. By Order entered March 12, 2012, the Court established June 29, 2012 as the deadline for filing the Preliminary Pretrial and Trial Setting Conference Statement, and July 9, 2012 as the date for the Preliminary Pretrial and Trial Setting Conference.  In that same order, among other deadlines, the Court established August 13, 2012 as the discovery deadline, and set October 15, 2012 as the last day to hear dispositive motions.

3. On April 28, 2012 the Court announced the retirement of Chief Judge Ware, to be effective in August, 2012.  The Court has since announced that Chief Judge Ware will conduct his final Civil Law and Motion calendar on June 25, 2012.

4. Because Chief Judge Ware will retire before the trial of these cases, the parties believe that it would be more efficient to address pretrial and trial scheduling issues after the cases have been assigned to a new judge.

5. The parties do not seek any other modification or extension of the schedule established in the March 12, 2012 Order.

**Previous Time Modifications**

6. The Court previously granted stipulated requests to extend time to file answers in some of these related cases. *Shasta*, Case No. 04-4264, Docket Nos. 13, 18; *Belford*, Case No. 04-4309, Docket Nos. 8, 11; *Sanford*, Case No. 04-4398, Docket Nos. 9, 12; *Olympus*, Case No. 04-4399, Docket Nos. 9, 13; *Sill*, Case No. 04-4964, Docket Nos. 10, 13.

7. The Court previously granted Petitioners' Motion to Shorten Time to Hear Motion to Compel Rule 30(b)(6) Deposition. Docket No. 48.

8. The Court previously granted Respondent's Motion to Stay these related cases on November 7, 2005, to avoid conflict with parallel criminal proceedings (Docket No. 95), and extended that stay on October 2, 2006. Docket No. 103. After completion of the criminal proceedings, the Court lifted the stay by Order of June 9, 2011. Docket No. 124.

9. The Court has previously granted two stipulated requests (first from respondent and second from intervenors Tom Gonzales and Birch Ventures LLC) to extend the schedule. The first was granted on September 28, 2011 (Docket No. 130), and the second was granted on March 12, 2012 (Docket No. 133).

**Effect on the Schedule for the Case**

10. The requested relief would not extend the schedule, but would merely reflect the impact of Chief Judge Ware's retirement on any trial setting.

NOW THEREFORE, IT IS AGREED AND STIPULATED by the parties, subject to Order of the Court, that the date for filing the Preliminary Pretrial and Trial Setting Conference Statement and Proposed Order, and the date for the Preliminary Pretrial and Trial Setting Conference, are VACATED, pending the reassignment of these cases to a successor judge.

Dated: June 19, 2012                     Respectfully submitted

/s/ *Steven M. Bauer*                    /s/ *Stuart D. Gibson*
STEVEN M. BAUER                          STUART D. GIBSON
Latham & Watkins                         Senior Litigation Counsel
Attorney for Petitioners                 Tax Division, Department of Justice
                                         Attorney for Respondent

/s/ *Willam E. Taggart, Jr.*             /s/ *Martin A. Schainbaum*
WILLIAM E. TAGGART, JR.                  MARTIN A. SCHAINBAUM
Attorney for Intervenors                 Attorney for Intervenors
Adkison and Salmon Ventures              Tom Gonzales and Birch Ventures LLC

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: June 22, 2012

_____
James Ware
United States District Judge