IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Shasta Strategic Inv. Fund, et al., | NO. C 04-04264 JW |
| Petitioners, | NO. C 04-04398 JW |
| v. | NO. C 04-04309 JW |
| | NO. C 04-04964 JW |
| United States of America, | **ORDER GRANTING PARTIES'** |
| Respondent. | **REQUEST TO ENLARGE TIME** |
| / | |
| Sanford Strategic Inv. Fund, et al., | |
| Petitioners, | |
| v. | |
| United States of America, | |
| Respondent. | |
| / | |
| Belford Strategic Inv. Fund, et al., | |
| Petitioners, | |
| v. | |
| United States of America, | |
| Respondent. | |
| / | |
| Sill Strategic Inv. Fund, et al., | |
| Petitioners, | |
| v. | |
| United States of America, | |
| Respondent. | |
| / | |

Presently before the Court is the parties' Stipulation Enlarging Time for Discovery.[1] In their stipulation, the parties request an additional five weeks to complete discovery, and accordingly request that the last day for hearing dispositive motions also be extended by five weeks. (See id.)

Upon review, the Court finds good cause to enlarge time as is proposed by the parties. All discovery shall be completed on or before **September 17, 2012.** The Court sets **November 19, 2012**, as the last date for hearing dispositive Motions.

Dated: August 7, 2012

*James Ware*
JAMES WARE
United States District Chief Judge

---

[1] (See Docket Item No. 139 in C 04-4264; Docket Item No. 39 in C 04-4398; Docket Item No. 49 in C 04-4309; Docket Item No. 40 in C 04-4964.)

**United States District Court**
For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Adair Ford Boroughs adair.f.boroughs@usdoj.gov
David A. York david.york@lw.com
Margaret Tough margaret.tough@lw.com
Steven Mark Bauer steve.bauer@lw.com
Stuart David Gibson Stuart.D.Gibson@usdoj.gov
Thomas Moore tom.moore@usdoj.gov

**Dated:  August 7, 2012**                                           **Richard W. Wieking, Clerk**

                                                                    **By:      /s/ JW Chambers**
                                                                            **William Noble**
                                                                            **Courtroom Deputy**