IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Shasta Strategic Inv. Fund, et al., | NO. C 04-04264 JW |
| Petitioners, | NO. C 05-01123 JW |
| v. | NO. C 05-01996 JW |
| | NO. C 05-02835 JW |
| United States of America, | NO. C 05-03887 JW |
| | NO. C 04-04398 JW |
| Respondent. | NO. C 04-04309 JW |
| / | NO. C 04-04964 JW |

**ORDER DENYING AS PREMATURE RESPONDENT'S MOTION TO EXCLUDE TESTIMONY OF STUART A. SMITH**

Sixty-Three Strategic Inv. Funds, et al.,

        Petitioners,
  v.

United States of America,

        Respondent.
                        /

Sixty-Three Strategic Inv. Funds, et al.,

        Petitioners,
  v.

United States of America,

        Respondent.
                        /

Twenty-Two Strategic Inv. Funds, et al.,

        Petitioners,
  v.

United States of America,

        Respondent.
                        /

Twenty-Two Strategic Inv. Funds, et al.,

        Petitioners,
  v.

United States of America,

        Respondent.
                        /

**United States District Court**
For the Northern District of California

Sanford Strategic Inv. Fund, et al.,

    Petitioners,

  v.

United States of America,

    Respondent.
                                     /

Belford Strategic Inv. Fund, et al.,

    Petitioners,

  v.

United States of America,

    Respondent.
                                     /

Sill Strategic Inv. Fund, et al.,

    Petitioners,

  v.

United States of America,

    Respondent.
                                     /

Presently before the Court is Respondent's Motion to Exclude the Testimony of Stuart Smith.[1] The government moves to exclude Mr. Smith's testimony on the grounds that (1) his opinions relate only to partner level defenses, which are outside of the Court's jurisdiction; and (2) his testimony consists of legal analysis and legal conclusions regarding the reasonableness of Petitioners' actions, and thus impermissibly invade the province of the Court. (Motion at 2.) Petitioner responds that Mr. Smith's opinions regarding the quality of the tax-opinion letters

---

[1] (United States' Motion Under Federal Rules of Evidence 401 and 702 to Exclude the Expert Report and Testimony of Stuart Smith, hereafter, "Motion," Docket Item No. 136 in C 04-4264; Docket Item No. 37 in C 05-2835; Docket Item No. 80 in C 05-1123; Docket Item No. 23 in C 05-3877; Docket Item No. 14 in C 05-1996; Docket Item No. 36 in C 04-4398; Docket Item No. 46 in C 04-04309; Docket Item No. 37 in C 04-4964.)

received by Petitioners will assist the jury in determining whether Petitioners acted reasonably in entering the tax transactions at issue.[2]

Upon review, because Respondent's Motion is directed to the relevance, and not the reliability of Mr. Smith's testimony under Daubert, the Court finds that Respondent's Motion would be more properly heard as a motion *in limine* by the trial judge. Accordingly, in light of the Court's pending retirement,[3] the Court DENIES as premature Respondent's Motion to Exclude. Respondent may re-notice its Motion upon reassignment to a new judge at the appropriate time.

Dated: August 7, 2012

JAMES WARE
United States District Chief Judge

---

[2] (Petitioners' Opposition to Respondent's Motion to Exclude the Expert Report and Testimony of Stuart A. Smith, Docket Item No. 41.)

[3] On April 28, 2012, Chief Judge Ware announced that he plans to "retire in August 2012 as the terms of his current law clerks come to an end." See Chief Judge Ware Announces Transition, *available at* http://www.cand.uscourts.gov/news/82.

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Adair Ford Boroughs adair.f.boroughs@usdoj.gov
David A. York david.york@lw.com
Margaret Tough margaret.tough@lw.com
Steven Mark Bauer steve.bauer@lw.com
Stuart David Gibson Stuart.D.Gibson@usdoj.gov
Thomas Moore tom.moore@usdoj.gov

**Dated:  August 7, 2012**                                         **Richard W. Wieking, Clerk**


**By:     /s/ JW Chambers**

       **William Noble**

       **Courtroom Deputy**