IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHASTA STRATEGIC INVESTMENT FUNDS, LLC; and PRESIDIO GROWTH, LLC (Tax Matters Partner),<br><br>   Plaintiffs,<br><br>   v.<br><br>UNITED STATES OF AMERICA<br><br>   Defendant.<br>_____/ | No.  04-04264 RS<br><br>**ORDER REGARDING CASE MANAGEMENT SCHEDULING AND MOTION TO CONTINUE** |

The initial Case Management Conference upon reassignment of this action, previously scheduled for November 15, 2012, will be rescheduled for October 4, 2012 at 10:00am.  At that conference, the parties shall be prepared to discuss plaintiffs' motion for extension of deadlines. Pending those further proceedings, all previously set dates in this action will remain in place.

IT IS SO ORDERED

Dated: 9/17/12

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE