IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHASTA STRATEGIC INVESTMENT FUNDS, LLC; and PRESIDIO GROWTH, LLC (Tax Matters Partner),<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES OF AMERICA<br><br>　　　　　Defendant.<br>_____/ | No. C 04-04264 RS<br><br>and related matters<br>C 05-01123 RS<br>C 05-02835 RS<br>C 05-03887 RS<br>C 04-04398 RS<br>C 04-04309 RS<br>C 04-04964 RS<br><br>**ORDER REGARDING CASE MANAGEMENT SCHEDULING AND MOTION TO CONTINUE** |

　　　The initial Case Management Conference upon reassignment of this action, previously scheduled for November 15, 2012, will be rescheduled for October 4, 2012 at 10:00am. At that conference, the parties shall be prepared to discuss plaintiffs' motion for extension of deadlines. Pending those further proceedings, all previously set dates in this action will remain in place.

　　　IT IS SO ORDERED

Dated: 9/17/12

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　RICHARD SEEBORG
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE