DAVID A. HUBBERT
Deputy Assistant Attorney General

ADAIR F. BOROUGHS (TnSBN 026210)
Trial Attorney
Adair.F.Boroughs@usdoj.gov
Tax Division, U.S. Department of Justice
P.O. Box 683
Washington, DC 20044
Tel: (202) 305-7546
Fax: (202) 307-0054
*Attorneys for United States of America*

MELINDA L. HAAG (CaSBN 132612)
United States Attorney
Northern District of California
*Of Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHASTA STRATEGIC INVESTMENT FUND, LLC; AND PRESIDIO GROWTH LLC (Tax Matters Partner), <br><br> Petitioners, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. <br><br> And Related Cases | Case No. C-04-4264-RS <br> Related to Case Nos. C-04-4309-RS, C-04-4398-RS, C-04-4964-RS, C-05-1123-JW, C-05-1996-RS, C-05-2835-RS, and C-05-3887-RS <br><br> **STIPULATION TO MODIFY SCHEDULE** |

Pursuant to Civil Local Rule 6-2, Respondent requests that the date for filing pretrial motions be extended by approximately 60 days and that trial be moved to October 7, 2013. The other parties do not object to this request. In support of this request Respondent submits the following:

1. Lead counsel for the United States, Stuart Gibson, is retiring as of January 3, 2013, and has or will be filing a withdrawal of counsel in these cases on that date. Mr. Gibson has been the lead counsel on these cases since their inception in 2004 and 2005.

2. In the next few weeks, the Tax Division will be assigning a new lead counsel to these cases who will need time to become familiar with the facts, law and procedural history of these cases.

3. Under the Court's October 15, 2012 Case Management Scheduling Order, all pretrial motions must be heard by February 21, 2013, which requires that they be filed and served by January 17, 2013. The final pretrial conference is set for April 4, 2013, and the trial date is set for April 15, 2013.

**Previous Time Modifications**

4. This Court previously granted stipulated requests to extend time to file answers in some of these related cases. *Shasta Strategic Investment Fund, LLC v. United States*, Case No. 04-4264 (N.D. Cal.), Dkt. Nos. 13, 18; *Belford Strategic Investment Fund, LLC v. United States*, Case No. 04-4309 (N.D. Cal.), Dkt. Nos. 8, 11; *Princeton Strategic Investment Fund, LLC v. United States*, Case No. 04-4310 (N.D. Cal.), Dkt. Nos. 11, 15; *Sanford Strategic Investment Fund, LLC v. Untied States*, Case No. 04-4398 (N.D. Cal.), Dkt. Nos. 9, 12; *Olympus Strategic Investment Fund, LLC v. United States*, Case No. 04-4399 (N.D. Cal.), Dkt. Nos. 9, 13; *Sill Strategic Investment Fund, LLC v. United States*, Case No. 04-4964 (N.D. Cal.), Dkt. Nos. 10,13.

5. This Court previously granted Petitioners' Motion to Shorten Time to Hear Motion to Compel 30(b)(6) Deposition. Dkt. No. 48.

6. This Court granted Respondent's motion to stay these related cases on November 7, 2005, due to parallel criminal proceedings. Dkt. No. 95. This Court grated a subsequent motion to

stay these related cases on October 2, 2006. Dkt. No. 103. This Court lifted the stay on June 9, 2011. Dkt. No. 124.

7. This Court previously granted a stipulated request to enlarge time for briefing in response to Respondent's Motion for Summary Judgment in *Princeton Strategic Investment Fund, LLC v. United States*, Case No. 04-4310 (N.D. Cal.). *Princeton*, Dkt. No. 37.

8. The Court previously granted three other stipulated requests to extend deadlines. Dkt. Nos. 130, 133, and 140.

9. After Judge Ware retired and Judge Seeborg held a scheduling conference with the parties, the Court entered a Case Management Scheduling Order modifying the remaining schedule in the case. Dkt. No. 160.

10. This Court previously granted a stipulated request to enlarge time for briefing in response to Intervenor's Motion to Dismiss or, in the alternative, Motion for Summary Judgment in *Twenty-Two Strategic Investment Funds v. United States*, Case No. 05-02835-RS (N.D. Cal.).

**Effect on the Schedule for the Case**

11. The requested change would move the final date for hearing all pretrial motions by approximately 60 days, move the trial date to October 7, 2013, and vacate the final pretrial conference date, which will be set by further order of the Court.

**NOW, THEREFORE, IT IS AGREED AND STIPULATED** by the parties, subject to an order of the Court that:

(A) All pretrial motions must be filed and served pursuant to Civil Local Rule 7. All pretrial motions shall be heard no later than April 25, 2013.

(B) The final pretrial conference currently set for April 4, 2013, is vacated, and a final pretrial conference will be held on at ~~a date and at a time to be set by further order the Court;~~ September 26, 2013 at 10:00 a.m.

(C) Trial shall commence on **October 7, 2013**, at 9:00 a.m., in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

Dated: January 4, 2013                           Respectfully submitted

/s/ *Margaret Tough*                             /s/ *Adair F. Boroughs*
MARGARET TOUGH                                   ADAIR F. BOROUGHS
Latham & Watkins                                 Trial Attorney
Attorney for Petitioners                         Tax Division, Department of Justice
                                                 Attorney for Respondent

/s/ *Willam E. Taggart, Jr.*                     /s/ *Martin A. Schainbaum*
WILLIAM E. TAGGART, JR.                          MARTIN A. SCHAINBAUM
Attorney for Intervenors                         Attorney for Intervenors
Adkison, McNair, and Salmon Ventures             Soward/Voltaire and Gonzales/Birch

/s/ *Jessica C. Munk*
Jessica C. Munk
Law Office of David W. Wiechert
Attorney for Intervenors Clarence Ventures, LLC and J. Paul Reddam

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated:  1/4/13

_____
Richard Seeborg
United States District Judge