David W. Wiechert, SBN 94607, dwiechert@aol.com
Jessica C. Munk, SBN 238832, jessica@davidwiechertlaw.com
LAW OFFICE OF DAVID W. WIECHERT
115 Avenida Miramar
San Clemente, California 92672
Telephone: (949) 361-2822
Facsimile: (949) 496-6753

Attorneys for Intervenors J. Paul Reddam and
Clarence Ventures, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SIXTY-THREE STRATEGIC INVESTMENT FUNDS; AND PRESIDIO GROWTH LLC (Tax Matters Partner),<br><br>Petitioners,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Case No. C 05-1123-RS<br><br>Related to Case Nos. C-04-4309-RS, C-04-4398-RS, C-04-4964-RS, C-04-4264-RS, C-05-1996-RS, C-05-2835-RS, and C-05-3887-RS<br><br>**STIPULATION TO MODIFY SCHEDULE** |

Pursuant to Civil Local Rule 6-2, Petitioners Presidio Growth, LLC and Presidio Resources, LLC ("Presidio"), Intervenors J. Paul Reddam and Clarence Ventures, LLC, Intervenors Tom Gonzales and Birch Ventures, LLC, and Respondent, the United States, hereby request that the response and reply deadlines with respect to dispositive motions in this (and the captioned related cases) be extended two weeks and the hearing date also be extended, as follows:

The parties seek to extend the deadline for Petitioners Presidio [and Intervenors Tom Gonzales and/or Birch Ventures, LLC] to respond to the United States' motions for summary judgment (filed in this and the captioned related cases) from April 4, 2013 to April 18, 2013.

STIPULATION
(Case No. C 05-1123-RS)

long as Presidio continues to actively defend the BLIPS transaction, Intervenors J. Paul Reddam and Clarence Ventures, LLC do not intend to file separate responsive papers to the United States' motions for summary judgment with regard to the merits of BLIPS. However, Intervenors J. Paul Reddam and Clarence Ventures, LLC reserve the right to respond to the United States' motions for summary judgment where their arguments diverge from Presidio's, specifically with regard to their conflict of interest argument. Further, if at any time Presidio no longer continues to defend the BLIPS transaction, Intervenors J. Paul Reddam and Clarence Ventures reserve the right to defend the merits of BLIPS by responding to the United States' motions for summary judgment or in later proceedings.

The parties also seek to extend the deadline for the United States to respond to a motion for summary judgment filed by Intervenors J. Paul Reddam and Clarence Ventures, LLC in this case from April 4, 2013 to April 18, 2013. The parties further seek to extend the deadline for the United States (with respect to its pending motions) and Intervenors J. Paul Reddam and Clarence Ventures, LLC (with respect to its pending motion) to file replies from April 11, 2013 to May 2, 2013.

The parties would also request that the Court set a hearing date for the motions of either: 1) May 20, 21, or 22, 2013; 2) May 9, 2013; or 3) June 20, 2013.

The parties stipulate that Presidio may file its response to the United States' motions for summary judgment in one case and it will be deemed filed in all related cases.

The Government does not stipulate or agree that Intervenors Birch Ventures, LLC and/or Tom Gonzales may additionally brief the issues raised by Birch Ventures in its dispositive motion filed in related Case No. 05-cv-02835 (Docket No. 64). The Government takes the position that the issues raised by Birch in that motion have been fully briefed. Intervenors Birch Ventures and/or Tom Gonzales also do not stipulate or agree that they cannot file additional briefing in

related Case No. 05-cv-02835 (Docket No. 64). The parties do request that the hearing date for that motion, which is now set to be argued on April 25, 2013, also be set for the same date the Court sets the other dispositive motions.

**Effect on the Schedule for the Case**

1. The requested change would move the opposition deadline for the above-referenced dispositive motions which were filed on March 21, 2013 from April 4, 2013 to April 18, 2013.

2. Further, the deadline to file reply briefs would be moved from April 11, 2013 to May 2, 2013.

3. Finally, the hearing date for all pretrial motions would be moved from April 25, 2013 to either: 1) May 20, 21, or 22, 2013; 2) May 9, 2013; or 3) June 20, 2013.

4. The trial date of October 7, 2013, will remain unchanged.

**NOW, THEREFORE, IT IS AGREED AND STIPULATED** by the parties, subject to an order of the Court that:

(A) The deadline to file oppositions to the above-referenced dispositive motions is moved from April 4, 2013 to April 18, 2013;

(B) The deadline to file reply briefs is moved from April 11, 2013 to May 2, 2013; and

(C) The hearing date for dispositive motions is moved from April 25, 2013 to either: 1) May 20, 21, or 22, 2013; 2) May 9, 2013; or 3) June 20, 2013.

Dated: April 1, 2013                          Respectfully submitted:

/s/ Steven M. Bauer                           /s/ James E. Weaver
STEVEN M. BAUER                               JAMES E. WEAVER
Latham & Watkins                              Trial Attorney
Attorneys for Petitioners                     Tax Division, Department of Justice
                                              Attorney for Respondent

/s/ Jessica C. Munk                           /s/ Dashiell C. Shapiro
JESSICA C. MUNK                               DASHIELL C. SHAPIRO
Law Office of David W. Wiechert               Wood LLP

STIPULATION
(Case No. C 05-1123-RS)
3

| | |
|---|---|
| Attorneys for Intervenors<br>J. Paul Reddam and<br>Clarence Ventures, LLC | Attorneys for Intervenors<br>Tom Gonzales and<br>Birch Ventures, LLC |

/s/ William E. Taggart, Jr.
WILLIAM E. TAGGART, JR.
Attorney for Intervenors
Adkinson and Salmon Ventures, LLC

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** The hearing date for dispositive motions will be held on  June 20, 2013                .

Dated:  4/1/2013

_____
Honorable Richard Seeborg
United States District Judge

STIPULATION
(Case No. C 05-1123-RS)
4