**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7              IN THE UNITED STATES DISTRICT COURT
8            FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                   SAN FRANCISCO DIVISION
10
11   SHASTA STRATEGIC INVESTMENT              No. C 04-4264 RS
     FUND, LLC; and PRESIDIO GROWTH
12   LLC (Tax matters Partners), *et al.*,
                                              **ORDER REQUESTING STATUS**
13              Plaintiffs-Petitioners,       **UPDATE**

14        v.

15   UNITED STATES OF AMERICA,

16              Defendant-Respondent.

17   And All Related Cases
                                    /
18

19
20        On July 12, 2013 counsel for the Government filed a letter indicating it needed to

21   supplement its responses to petitioners' discovery requests and asking the Court to hold the pending

22   motions in abeyance.  Petitioners have not responded to this request.  The Court requests further

23   guidance as to the nature of the supplemental production and its affect on the currently pending

24   motions.  The parties are directed to provide a status update no later than Wednesday, July 24, 2013.

25        IT IS SO ORDERED.

26

27   Dated:  7/18/13
                                    _____
28                                  RICHARD SEEBORG
                                    UNITED STATES DISTRICT JUDGE