IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHASTA STRATEGIC INVESTMENT FUND, LLC; and PRESIDIO GROWTH LLC (Tax matters Partners), *et al.*,<br><br>Plaintiffs-Petitioners,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant-Respondent.<br><br>And All Related Cases<br>_____/ | No. C 04-4264 RS<br><br>**ORDER REQUESTING STATUS UPDATE** |

On July 12, 2013 counsel for the Government filed a letter indicating it needed to supplement its responses to petitioners' discovery requests and asking the Court to hold the pending motions in abeyance. Petitioners have not responded to this request. The Court requests further guidance as to the nature of the supplemental production and its affect on the currently pending motions. The parties are directed to provide a status update no later than Wednesday, July 24, 2013.

IT IS SO ORDERED.

Dated: 7/18/13

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE