1

2

3

4

5

6

7

8

9 **UNITED STATES DISTRICT COURT**

10 **NORTHERN DISTRICT OF CALIFORNIA**

11 **SAN FRANCISCO DIVISION**

12

| | |
|---|---|
| 13 SHASTA STRATEGIC INVESTMENT | ) **CASE NO. C-04-4264-RS** |
| FUND, LLC; AND PRESIDIO GROWTH | ) (Related to Case Nos. C-04-4309-RS, C-04- |
| 14 LLC (Tax Matters Partner), | ) 4398-RS, C-04-4964-RS, C-05-1123-RS, C- |
| | ) 05-1996-RS, C-05-2835-RS, and C-05-3887- |
| 15 Petitioners, | ) RS) |
| | ) |
| 16 vs. | ) **STIPULATION TO REOPEN** |
| | ) **DISCOVERY FOR LIMITED PURPOSES** |
| 17 UNITED STATES OF AMERICA, | ) **AS MODIFIED BY THE COURT** |
| | ) |
| 18 Respondent. | ) |
| | ) |
| 19 | ) |
| | ) |
| 20 | ) |

21

22

23

24

25

26

27

28

STIPULATION TO REOPEN DISCOVERY FOR LIMITED PURPOSES

10266722.1

1    Pursuant to Fed. R. Civ. P. 29 and Local Rule 6-2, Petitioners Presidio Growth, LLC and

2   Presidio Resources, LLC ("Presidio"), Intervenors J. Paul Reddam and Clarence Ventures, LLC,

3   Intervenors Tom Gonzales and Birch Ventures, LLC ("collectively, the Intervenors"), and

4
    Respondent, the United States, hereby request that the Court permit discovery in this case to be re-
5
6   opened for the following enumerated limited purposes until November 14, 2013:

7       • The United States intends to supplement its prior discovery responses to Presidio
8
9           within four weeks of the date of this stipulation. The United States shall produce
10          copies of these updated responses, as well as any additional documents produced to
11          Presidio, to the Intervenors, with the understanding that the sharing of these limited
12          items is not to be construed as opening the door to additional discovery requests from
13          the Intervenors, or in any other way expanding the United States' obligations to
14          provide information to the Intervenors.
15
        • The Intervenors intend to move the court in *United States v. Stein* (SDNY-05-CF-0888)
16
17          to modify the protective order in that case to allow disclosure by Presidio of documents
18          obtained through discovery in that case ("*Stein* documents") to other parties in this
19          case, and to allow all parties in this case to utilize, in this case, any documents so
20          disclosed, subject to the Federal Rules of Civil Procedure, Federal Rules of Evidence,
21          and any objections that are sustained in this case by the Court. As a condition for
22          counsel for the United States in this case not objecting to the Intervenors' motion and
23
            agreeing to this stipulation, Intervenors and Presidio agree and stipulate to produce
24
25          copies to the United States of all *Stein* documents disclosed by Presidio to Intervenors
26          (copies of which will be produced to the United States as soon as reasonably feasible);
27          and Presidio agrees and stipulates to produce copies to the United States of all *Stein*
28          documents, if any, that Presidio may utilize in their case-in-chief at trial.

STIPULATION TO REOPEN DISCOVERY FOR LIMITED PURPOSES - 3

10266722.1

1       •   The parties stipulate to the taking of depositions of designated trial witnesses that have

2          not yet been deposed in this case. But in so stipulating, counsel for the United States

3          does not agree, at this time, to use of any such depositions in connection with pending

4          dispositive motions.

5

6

7 The above-named parties further request that the Court hold in abeyance any ruling on pending

8 motions for summary judgment until the close of the additional discovery period.

9

10 Respectfully submitted this 24th day of July, 2013.

11

12
/s/ Steven M. Bauer                                /s/ James E. Weaver

13 STEVEN M. BAUER                             JAMES E. WEAVER
Latham & Watkins                               Trial Attorney, Tax Division, Dept of

14 Attorneys for Petitioners                       Justice, Attorney for Respondent

15 /s/ Jessica C. Munk                              /s/ Dashiell C. Shapiro
JESSICA C. MUNK                             DASHIELL C. SHAPIRO

16 Law Office of David W. Wiechert, Attorney for     Wood LLP, Attorney for Intervenors
Intervenors J. Paul Reddam and Clarence Ventures   Tom Gonzales and Birch Ventures

17

18       **PURSUANT TO STIPULATION, IT IS SO ORDERED**. Discovery shall be reopened
for the above-mentioned limited purposes to November 14, 2013. For administrative purposes,

19 the pending motions shall be denied without prejudice. The Government may simply renotice the
motions by filing a request.

20

21 Dated:   7/24/13

22                                      Honorable Richard Seeborg
United States District Judge

23

24

25

26

27

28
STIPULATION TO REOPEN DISCOVERY FOR LIMITED PURPOSES - 3