1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

10

**NORTHERN DISTRICT OF CALIFORNIA**

11

**SAN FRANCISCO DIVISION**

12

13  SHASTA STRATEGIC INVESTMENT            )   **CASE NO. C-04-4264-RS**
     FUND, LLC; AND PRESIDIO GROWTH         )   (Related to Case Nos. C-04-4309-RS, C-04-
14  LLC (Tax Matters Partner),                   )   4398-RS, C-04-4964-RS, C-05-1123-RS, C-
                                                         )   05-1996-RS, C-05-2835-RS, and C-05-3887-
15             Petitioners,                            )   RS)
                                                         )
16       vs.                                             )   **STIPULATION TO REOPEN**
                                                         )   **DISCOVERY FOR LIMITED PURPOSES**
17  UNITED STATES OF AMERICA,          )   **AS MODIFIED BY THE COURT**
                                                         )
18             Respondent.                          )
                                                         )
19                                                       )
                                                         )
20  ──────────────────────────          )

21
22
23
24
25
26
27
28

STIPULATION TO REOPEN DISCOVERY FOR LIMITED PURPOSES

10266722.1

1    Pursuant to Fed. R. Civ. P. 29 and Local Rule 6-2, Petitioners Presidio Growth, LLC and

2    Presidio Resources, LLC ("Presidio"), Intervenors J. Paul Reddam and Clarence Ventures, LLC,

3    Intervenors Tom Gonzales and Birch Ventures, LLC ("collectively, the Intervenors"), and

4    
5    Respondent, the United States, hereby request that the Court permit discovery in this case to be re-

6    opened for the following enumerated limited purposes until November 14, 2013:

7    
8    • The United States intends to supplement its prior discovery responses to Presidio

9        within four weeks of the date of this stipulation. The United States shall produce

10       copies of these updated responses, as well as any additional documents produced to

11       Presidio, to the Intervenors, with the understanding that the sharing of these limited

12       items is not to be construed as opening the door to additional discovery requests from

13       the Intervenors, or in any other way expanding the United States' obligations to

14       provide information to the Intervenors.

15   • The Intervenors intend to move the court in *United States v. Stein* (SDNY-05-CF-0888)

16       to modify the protective order in that case to allow disclosure by Presidio of documents

17   
18       obtained through discovery in that case ("*Stein* documents") to other parties in this

19       case, and to allow all parties in this case to utilize, in this case, any documents so

20       disclosed, subject to the Federal Rules of Civil Procedure, Federal Rules of Evidence,

21       and any objections that are sustained in this case by the Court. As a condition for

22       counsel for the United States in this case not objecting to the Intervenors' motion and

23   
24       agreeing to this stipulation, Intervenors and Presidio agree and stipulate to produce

25       copies to the United States of all *Stein* documents disclosed by Presidio to Intervenors

26       (copies of which will be produced to the United States as soon as reasonably feasible);

27       and Presidio agrees and stipulates to produce copies to the United States of all *Stein*

28       documents, if any, that Presidio may utilize in their case-in-chief at trial.

STIPULATION TO REOPEN DISCOVERY FOR LIMITED PURPOSES - 3

1   • The parties stipulate to the taking of depositions of designated trial witnesses that have

2   not yet been deposed in this case. But in so stipulating, counsel for the United States

3   does not agree, at this time, to use of any such depositions in connection with pending

4   dispositive motions.

5

6

7   The above-named parties further request that the Court hold in abeyance any ruling on pending

8   motions for summary judgment until the close of the additional discovery period.

9

10  Respectfully submitted this 24th day of July, 2013.

11

12
    /s/ Steven M. Bauer                                     /s/ James E. Weaver
13  STEVEN M. BAUER                                         JAMES E. WEAVER
    Latham & Watkins                                        Trial Attorney, Tax Division, Dept of
14  Attorneys for Petitioners                               Justice, Attorney for Respondent

15  /s/ Jessica C. Munk                                     /s/ Dashiell C. Shapiro
    JESSICA C. MUNK                                         DASHIELL C. SHAPIRO
16  Law Office of David W. Wiechert, Attorney for           Wood LLP, Attorney for Intervenors
    Intervenors J. Paul Reddam and Clarence Ventures        Tom Gonzales and Birch Ventures
17

18      **PURSUANT TO STIPULATION, IT IS SO ORDERED**. Discovery shall be reopened
    for the above-mentioned limited purposes to November 14, 2013. For administrative purposes,
19  the pending motions shall be denied without prejudice. The Government may simply renotice the
    motions by filing a request.
20

21  Dated:  7/24/13

22                                                          Honorable Richard Seeborg
                                                            United States District Judge
23

24

25

26

27

28
        STIPULATION TO REOPEN DISCOVERY FOR LIMITED PURPOSES - 3

                                                                                    10266722.1