TAMARA ASHFORD
Principal Deputy Assistant Attorney General

JAMES E. WEAVER
ADAM D. STRAIT
LANDON M. YOST
Trial Attorneys
U.S. Department of Justice, Tax Division
P.O. Box 683
Washington, D.C. 20044
Tel. (202) 305-4929
Fax.  (202) 307-0054
E-mail: James.E.Weaver@usdoj.gov

MELINDA L. HAAG (CaSBN 132612)
United States Attorney
*Of Counsel*
Attorneys for Respondent, the United States

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# (SAN FRANCISCO DIVISION)

| | |
|---|---|
| SHASTA STRATEGIC INVESTMENT FUND, LLC; AND PRESIDIO GROWTH LLC (Tax Matters Partner),<br><br>        Petitioners,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>        Respondent. | **CASE NO. C-04-4264-RS**<br>(Related to Case Nos. C-04-4309-RS, C-04-4398-RS, C-04-4964-RS, C-05-1123-RS, C-05-1996-RS, C-05-2835-RS, and C-05-3887-RS)<br><br>~~**[PROPOSED]**~~ **STIPULATION TO EXTEND DISCOVERY** |

Pursuant to Fed. R. Civ. P. 29 and Local Rule 6-2, Petitioners Presidio Growth, LLC and Presidio Resources, LLC ("Petitioners"), Intervenors J. Paul Reddam and Clarence Ventures, LLC, Intervenors Tom Gonzales and Birch Ventures, LLC ("Intervenors"), and Respondent, the United States, hereby request that the Court permit discovery in this case to be extended for the following enumerated limited purposes until February 28, 2014:

- The parties may resolve any currently outstanding issues related to the United States' August 22 and September 12 supplementations of its prior discovery responses.

- The parties may complete the process of production and review of the *Stein/Larson* documents, as agreed to in the parties' prior stipulation of July 24, 2013.

- The parties may take depositions of designated trial witnesses that have not yet been deposed in this case.[1] In so stipulating to this extension, counsel for the United States does not agree, at this time, to use of any such depositions in connection with pending dispositive motions.

The above-named parties further request that the Court hold in abeyance any ruling on pending motions for summary judgment until the close of the additional discovery period.

//

//

---

[1] It is the United States' position that depositions should be limited to witnesses listed on *adverse parties'* trial witness lists, exchanged on September 30, 2013.  However, the Intervenors disagree, and the parties are currently working to resolve this dispute without the Court's intervention.

STIPULATION TO EXTEND DISCOVERY FOR LIMITED PURPOSES - 3

1    Respectfully submitted this 22nd day of October, 2013.

2

3    /s/ Steven M. Bauer                          /s/ James E. Weaver
     STEVEN M. BAUER                              JAMES E. WEAVER
4    Latham & Watkins                             Trial Attorney, Tax Division, Dept of
     Attorneys for Petitioners                    Justice, Attorney for Respondent
5
     /s/ Jessica C. Munk                          /s/ Dashiell C. Shapiro
6    JESSICA C. MUNK                              DASHIELL C. SHAPIRO
     Law Office of David W. Wiechert, Attorney for    Wood LLP, Attorney for Intervenors
7    Intervenors J. Paul Reddam and Clarence Ventures  Tom Gonzales and Birch Ventures

8

9

10

11           **PURSUANT TO STIPULATION, IT IS SO ORDERED**.  The order of July 24, 2013 is
     modified to extend the deadline for obtaining discovery (for the limited purposes enumerated in
12   that order and above) from November 14, 2013 to February 28, 2014.

13

14   Dated: __10/22/13_____

15                                                Honorable Richard Seeborg
                                                  United States District Judge
16

17

18

19

20

21

22

23

24

25

26

27

28

                    STIPULATION TO EXTEND DISCOVERY FOR LIMITED PURPOSES - 3