# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# (SAN FRANCISCO DIVISION)

| | |
|---|---|
| SHASTA STRATEGIC INVESTMENT FUND, LLC; AND PRESIDIO GROWTH LLC (Tax Matters Partner),<br><br>Petitioners,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | CASE NO. C-04-4264-RS<br><br>Related to Case Nos. C-04-4309-RS, C-04-4398-RS, C-04-4964-RS, C-05-1123-RS, C-05-1996-RS, C-05-2835-RS, and C-05-3887-RS<br><br>[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR LEAVE TO DEPOSE JOHN LARSON IN PRISON |

The United States has filed a stipulated motion, pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), for leave to depose John Larson, who is confined in prison. The deposition is consistent with Rule 26(b)(2). Therefore, pursuant to the parties' stipulation and for good cause shown, the Stipulated Motion is hereby GRANTED. It is hereby ORDERED that the United States may depose John Larson pursuant to Federal Rule of Civil Procedure 30, subject to any terms or conditions imposed by the facility in which he may be detained at the time of the deposition.

Dated this __20th__ day of __December__, 201__3__.

_____
HON. RICHARD SEEBORG
United States District Judge
Northern District of California