IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHASTA STRATEGIC INVESTMENT FUND, LLC; AND PRESIDIO GROWTH LLC (Tax Matters Partner),<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendants.<br>_____/ | Case No. C-04-4264-RS<br><br>(Related to Case Nos. C-04-4309-RS, C-04-4398-RS, C-04-4964-RS, C-05-1123-RS, C-05-1996-RS, C-05-2835-RS, and C-05-3887-RS)<br><br>**CASE MANAGEMENT SCHEDULING ORDER** |

      Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on April 17, 2014.  After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

      1.     DISPOSITIVE MOTIONS BRIEFING SCHEDULE.  The parties' proposed briefing schedule for dispositive motions is hereby adopted.  The deadline to file revised dispositive motions will be May 16, 2014.  The deadline for responses to motions will be June 13, 2014.  The deadline for replies will be June 27, 2014.

      2.     DISPOSITIVE MOTIONS HEARING DATE.  A specially-set hearing on the revised dispositive motions will be held on **Wednesday, July 23, 2014 at 10:00 a.m.**, in

Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

IT IS SO ORDERED.

DATED: April 17, 2014

_____
RICHARD SEEBORG
United States District Judge

CASE MANAGEMENT SCHEDULING ORDER
2