IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHASTA STRATEGIC INVESTMENT FUND, LLC; AND PRESIDIO GROWTH LLC (Tax Matters Partner),<br><br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br><br>Defendants. | Case No. C-04-4264-RS<br><br>(Related to Case Nos. C-04-4309-RS, C-04-4398-RS, C-04-4964-RS, C-05-1123-RS, C-05-1996-RS, C-05-2835-RS, and C-05-3887-RS)<br><br>**ORDER FOR ADDITIONAL BRIEFING** |

In response to the Court's Order of July 31, 2014, the government has provided a letter brief raising two additional issues it believes may be addressed on motion in this partnership proceeding. Petitioners are directed to provide a response to the government's request on or before September 5, 2014.

IT IS SO ORDERED.

DATED:  August 26, 2014

_____
RICHARD SEEBORG
United States District Judge