TAMARA W. ASHFORD
Acting Assistant Attorney General

JAMES E. WEAVER
ADAM D. STRAIT
LANDON M. YOST
Trial Attorneys
U.S. Department of Justice, Tax Division
P.O. Box 683
Washington, D.C. 20044
Tel. (202) 305-4929
Fax. (202) 307-0054
E-mail: James.E.Weaver@usdoj.gov

MELINDA L. HAAG (CaSBN 132612)
United States Attorney
*Of Counsel*
Attorneys for Respondent, the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHASTA STRATEGIC INVESTMENT FUND, LLC; AND PRESIDIO GROWTH LLC (Tax Matters Partner),<br><br>Petitioners,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | **Case No. C-04-4264-RS**<br>(Related to Case Nos. C-04-4309-RS, C-04-4398-RS, C-04-4964-RS, C-05-1123-RS, C-05-1996-RS, C-05-2835-RS, and C-05-3887-RS)<br><br>**STIPULATION AND ~~PROPOSED~~ SCHEDULING ORDER RE: ADDITIONAL MOTIONS FOR SUMMARY JUDGMENT** |

Pursuant to the Court's direction in the Civil Minute Order of September 25, 2014 (ECF No. 255), the Petitioners and the Respondent respectfully jointly propose the following schedule for the additional round of summary judgment briefing:

1. Simultaneous cross-motions for summary judgment shall be filed no later than **October 29, 2014.**

2. Responses to the cross-motions shall be filed no later than **November 14, 2014.**

\\

**Stip. Sched. Order**     1
Case No. 04-4264-RS

3. Replies to the responses shall be filed no later than **December 3, 2014.**

Respectfully submitted this 2nd day of October, 2014.

| /s/ Nicholas Y. Lin [by permission] | /s/ Adam Strait |
|---|---|
| NICHOLAS Y. LIN | ADAM D. STRAIT |
| Latham & Watkins | Trial Attorney |
| Attorney for Petitioners | Tax Division, Department of Justice |
| | Attorney for Respondent |

**Pursuant to stipulation, it is SO ORDERED.**

Dated this  2nd   day of October, 2014.

_____
HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

**Stip. Sched. Order**          2
Case No. 04-4264-RS