UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHASTA STRATEGIC INVESTMENT FUND LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 04-cv-04264-RS<br>(Related to Case Nos. C-04-4309-RS, C-04-4398-RS, C-04-4964-RS, C-05-1123-RS, C-05-1996-RS, C-05-2835-RS, and C-05-3887-RS)<br><br>**ORDER ON PROPOSED JUDGMENT** |

On December 19, 2014, the parties were ordered to submit letters to the court identifying any partnership-level issues that still remain in these related cases. In their respective letters, petitioners and the government agree that the only outstanding partnership-level issue relates to the provisional applicability of the negligence penalty. Because the government has indicated that it will not pursue this penalty further in these proceedings, however, there are no remaining live issues and entry of final judgment is appropriate.

The government's letter includes a proposed judgment. Petitioners are directed to review this proposed judgment and state as to form any objections, modifications, or additions that are, in their view, necessary to a comprehensive and accurate final disposition of these cases. Such objections—if any exist—must be stated in a letter brief filed with the court no later than January 20, 2015. If no objections are made, the government's proposed judgment will be adopted.[1]

---

[1] Intervenors Tom Gonzales and Birch Ventures LLC request that judgment in their case be issued separately from judgment issued in the matter of their fellow intervenors, J. Paul Reddam and Clarence Ventures, LLC. This request will be granted.

**IT IS SO ORDERED**.

Dated: January 12, 2015

_____
RICHARD SEEBORG
United States District Judge