UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHASTA STRATEGIC INVESTMENT FUND LLC, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Case No. 04-cv-04264-RS<br>(Related to Case Nos. C-04-4309-RS, C-04-4398-RS, C-04-4964-RS, C-05-1123-RS, C-05-1996-RS, C-05-2835-RS, and C-05-3887-RS)<br><br>**ORDER TO MEET AND CONFER REGARDING JUDGMENT** |

Earlier today, this court issued an order requiring petitioners to raise any objections to the form of the government's proposed judgment no later than January 20, 2015. Petitioners appear to have anticipated this directive: their objections to the proposed judgment were received soon after the order was issued. In light of these objections, the parties are hereby directed to meet and confer in an effort to settle all disputes as to the form of the proposed final judgment. Ideally, this process will lead the parties to enter into a stipulation as to the form of proposed judgment. If, however, the parties cannot agree on a stipulated judgment, they must file a joint letter brief summarizing their efforts to meet and confer and their respective positions on any unresolved disputes. The parties must file either a stipulated proposed judgment or a joint letter brief on or before January 20, 2015.

**IT IS SO ORDERED**.

Dated: January 12, 2015

_____
RICHARD SEEBORG
United States District Judge